UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED. Plea set for 9/20/12 at 2:30 PM.**
>
> *[signature]*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:12-00018-4 |
| | ) | JUDGE TRAUGER |
| SHAWANNA NICOLE BOLDEN | ) | |

## MOTION TO SET FOR PLEA

The defendant, Shawanna Bolden, through counsel, moves this Honorable Court to set this matter for a plea hearing at the Court's earliest availability in approximately two weeks. As grounds for this motion, counsel would state that the parties are in the process of finalizing the plea agreement, and there is additional paperwork involved.

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of September, 2012, I electronically filed the foregoing Motion to Set for Plea Hearing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Sandra Moses, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203-3870.

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ